# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### DIVISION

| | |
|---|---|
| AERITAS, LLC,<br><br>Plaintiff<br><br>v.<br><br>SUBWAY SANDWICH SHOPS INC., SUBWAY SUBS, INC., FRANCHISE WORLD HEADQUARTERS, LLC d/b/a SUBWAY RESTAURANTS d/b/a SUBWAY, and DOCTOR'S ASSOCIATES, INC.<br><br>Defendants | Case No. 6:20-cv-00102<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss. The Court is of the opinion that the Parties' Joint Motion to Dismiss should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted by Plaintiff against Defendants in the above-styled case are dismissed with prejudice, and all counterclaims asserted by Defendants against Plaintiff are dismissed without prejudice. It is further **ORDERED** that each party be taxed its own costs of court, and the Clerk of Court is directed to close the above case.

SIGNED this __24th__ day of _____August,_____ 2020_____.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE